IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BRYN D. RUSCO,              )
                           )
            Plaintiff,     )          4:06CV3160
                           )
        v.                 )
                           )
JO ANNE B. BARNHART,       )          ORDER
Commissioner of Social     )
Security Administration,   )
                           )
            Defendant.     )
_____)
```

This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* (Filing No. 4).  The Court has reviewed the statement in support of request to proceed *in forma pauperis* and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted.  This action shall be filed at no cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

DATED this 13th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court